SOPHIE Y. CLAUSEN et al., as Executors of GEORGE C. CLAUSEN, Deceased, Appellants, *v.* TITLE GUARANTY AND SURETY COMPANY, Respondent.

*Clausen* v. *Title Guaranty & Surety Co.*, 168 App. Div. 569, affirmed. (Argued January 22, 1918; decided February 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1915, affirming a judgment in favor of defendant entered upon the report of a referee. The action was brought in equity to recover commissions due to the plaintiff, as defendant's New York agent, on certain unpaid premiums due to defendant Title Guaranty and Surety Company from its customers, to whom the defendant had furnished surety bonds, the business of which had been solicited and secured by the plaintiff, as such New York agent, through the New York agency, during the period of four years. The answer set up two counterclaims and joined the plaintiff in seeking equitable intervention and in asking that the accounts between the parties be opened and their rights readjusted.

*Edmund L. Mooney, Charles Blandy* and *Frederick A. Card* for appellants.

*Eli J. Blair* and *Frank H. Platt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and ANDREWS, JJ. Not sitting: MCLAUGHLIN, J.